UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND POINTERS OF GREATER
NEW YORK LOCAL UNION 1974, AFFILIATED
WITH INTERNATIONAL UNION OF ALLIED
PAINTERS AND ALLIED TRADES, AFL-CIO,

                 Petitioner,

           -v.-

GREENBUILD LLC,

                 Respondent.

26 Civ. 4467 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On May 28, 2026, Petitioners filed a petition to confirm an arbitration award. (Dkt. # 1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **July 1, 2026**. Respondent's opposition, if any, is due on **July 31, 2026**. Petitioners' reply, if any, is due **August 14, 2026.**

      SO ORDERED.

Dated:   June 5, 2026
         New York, New York

                                 KATHERINE POLK FAILLA
                              United States District Judge