BIS | BARNES IACCARINO & SHEPHERD LLP
ATTORNEYS AT LAW

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Riccardo Iaccarino
Wendell V. Shepherd

Abrahim M. Assaily
Matthew J. Berger*
Danielle M. Carney
Michele J. Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Omar Saleem, Jr.

Roy Barnes, Retired

258 Saw Mill River Road
Elmsford, NY 10523
Tel: 914.592.1515
Fax: 914.592.3213

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

July 2, 2026

VIA ECF
Honorable Katherine Polk Failla
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: Drywall Tapers and Pointers of Greater New York Local Union 1974, et al. v. Greenbuild LLC

Case No.: 1:26-cv-04467-KPF

Dear Judge Failla,

This firm represents Petitioner Drywall Tapers and Pointers of Greater New York Local Union 1974, et al. (the "Union"). On May 28, 2026, Petitioner filed an application to enforce an arbitration award [ECF No. 1]. On June 5, 2026, the court entered an Order, directing Petitioners to move for confirmation of the arbitration award, pursuant to a motion for summary judgment by July 1, 2026 [ECF No. 7]. I am in the process of gathering documents from the Union in support of the motion. In light of these circumstances, Petitioner respectfully requests an extension to file the motion for summary judgment until July 15th.

Petitioner has not submitted a prior extension request, nor has Respondent Greenbuild LLC has entered an appearance in this case.

I appreciate your time and attention to this matter. Thank you.

Respectfully submitted,
*/s/ Lauren M. Kugielska*
Lauren M. Kugielska

Application GRANTED. Petitioner's deadline to file its opening submission in support of its motion for summary judgment is hereby ADJOURNED *nunc pro tunc* to on or before **July 15, 2026.** Relatedly, Respondent's deadline to file its opposition is ADJOURNED to on or before **August 14, 2026**, and Petitioner's deadline to reply is ADJOURNED to on or before **August 28, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated: July 6, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE